# Exhibit A

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2014-01-08 15:34:20 EST |
| **Mark:** | |

| | | | |
|---|---|---|---|
| **US Serial Number:** | 76320545 | **Application Filing Date:** | Oct. 03, 2001 |
| **US Registration Number:** | 3197824 | **Registration Date:** | Jan. 16, 2007 |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |
| **Status:** | A Sections 8 and 15 combined declaration has been accepted and acknowledged. | | |
| **Status Date:** | Mar. 19, 2012 | | |
| **Publication Date:** | Oct. 31, 2006 | | |

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | None |
| **Standard Character Claim:** | No |
| **Mark Drawing Type:** | 2 - AN ILLUSTRATION DRAWING WITHOUT ANY WORDS(S)/ LETTER(S)/NUMBER(S) |
| **Description of Mark:** | The mark consists of the color orange as applied to the handle portion of the goods. The broken line outline is intended only to show the position of the mark and is not a part of the mark. |
| **Color(s) Claimed:** | Color is not claimed as a feature of the mark. |
| **Acquired Distinctiveness Claim:** | In whole |
| **Design Search Code(s):** | 11.07.01 - Garden equipment, shears (long-handled); Pruning shears, long-handled; Scissors; Shears, gardening (long-handled); Shears, sewing; Shears |
| | 29.02.07 - Orange (single color used for the entire goods/services) |

## Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | Hand tools, namely scissors | | |
| **International Class(es):** | 008 - Primary Class | **U.S Class(es):** | 023, 028, 044 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Jan. 01, 1968 | **Use in Commerce:** | Jan. 01, 1968 |

## Basis Information (Case Level)

| | | | | | |
|---|---|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes | **Amended Use:** | No |
| **Filed ITU:** | No | **Currently ITU:** | No | **Amended ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No | **Amended 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No | **Amended 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No | | |
| **Filed No Basis:** | No | **Currently No Basis:** | No | | |

## Current Owner(s) Information

| | | | |
|---|---|---|---|
| **Owner Name:** | Fiskars Oyj Abp | | |
| **Owner Address:** | P.O. Box 235 | | |
| | Helsinki FIN-00101 | | |
| | FINLAND | | |
| **Legal Entity Type:** | JOINT STOCK COMPANY | **State or Country Where Organized:** | FINLAND |

## Attorney/Correspondence Information

| Attorney of Record | | | |
|---|---|---|---|
| **Attorney Name:** | Richard J. McKenna | **Docket Number:** | 017535-0238 |
| **Attorney Primary Email Address:** | ptomailmilwaukee@foley.com | **Attorney Email Authorized:** | Yes |
| **Correspondent** | | | |
| **Correspondent Name/Address:** | Richard J. McKenna<br>Foley & Lardner LLP<br>777 E. Wisconsin Avenue<br>MILWAUKEE, WISCONSIN 53202-5306<br>UNITED STATES | | |
| **Phone:** | (414) 271-2400 | **Fax:** | (414) 297-4900 |
| **Correspondent e-mail:** | ptomailmilwaukee@foley.com | **Correspondent e-mail Authorized:** | Yes |
| **Domestic Representative** | | | |
| **Domestic Representative Name:** | Richard J. McKenna | **Phone:** | (414) 271-2400 |
| **Fax:** | (414) 297-4900 | | |
| **Domestic Representative e-mail:** | ptomailmilwaukee@foley.com | **Domestic Representative e-mail Authorized:** | Yes |

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Mar. 07, 2013 | NOTICE OF SUIT | |
| Mar. 04, 2013 | NOTICE OF SUIT | |
| Dec. 12, 2012 | NOTICE OF SUIT | |
| Mar. 20, 2012 | NOTICE OF ACCEPTANCE OF SEC. 8 & 15 - E-MAILED | |
| Mar. 19, 2012 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | 70131 |
| Mar. 19, 2012 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 70131 |
| Feb. 07, 2012 | TEAS SECTION 8 & 15 RECEIVED | |
| Jan. 16, 2007 | PETITION TO DIRECTOR - DISMISSED | 74290 |
| Jan. 16, 2007 | REGISTERED-PRINCIPAL REGISTER | |
| Jan. 05, 2007 | ASSIGNED TO PETITION STAFF | 74290 |
| Nov. 27, 2006 | PETITION TO DIRECTOR RECEIVED | 70458 |
| Nov. 27, 2006 | PAPER RECEIVED | |
| Oct. 31, 2006 | PUBLISHED FOR OPPOSITION | |
| Oct. 11, 2006 | NOTICE OF PUBLICATION | |
| Sep. 26, 2006 | WITHDRAWN FROM ISSUE - TQR/NON-ATTY REQUEST | 66970 |
| Aug. 01, 2006 | PUBLISHED FOR OPPOSITION | |
| Jul. 12, 2006 | NOTICE OF PUBLICATION | |
| Jun. 15, 2006 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 72067 |
| Apr. 14, 2006 | ASSIGNED TO LIE | 72067 |
| Apr. 01, 2006 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Feb. 03, 2006 | LIE CHECKED SUSP - TO ATTY FOR ACTION | 76537 |
| Jul. 15, 2005 | REPORT COMPLETED SUSPENSION CHECK CASE STILL SUSPENDED | 74193 |
| Nov. 29, 2004 | REPORT COMPLETED SUSPENSION CHECK CASE STILL SUSPENDED | 74193 |
| Sep. 29, 2003 | LETTER OF SUSPENSION MAILED | |
| Jul. 31, 2003 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Jul. 31, 2003 | PAPER RECEIVED | |
| Aug. 06, 2003 | NON-FINAL ACTION MAILED | |
| May 06, 2003 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| May 30, 2003 | CASE FILE IN TICRS | |

| | | |
|---|---|---|
| May 06, 2003 | PAPER RECEIVED | |
| Oct. 24, 2002 | NON-FINAL ACTION MAILED | |
| Jul. 17, 2002 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Jul. 15, 2002 | REINSTATED | |
| Jul. 17, 2002 | PAPER RECEIVED | |
| Sep. 06, 2002 | ABANDONMENT - FAILURE TO RESPOND OR LATE RESPONSE | |
| Jan. 14, 2002 | NON-FINAL ACTION MAILED | |
| Dec. 13, 2001 | ASSIGNED TO EXAMINER | 75601 |
| Dec. 11, 2001 | ASSIGNED TO EXAMINER | 78472 |

## Maintenance Filings or Post Registration Information

**Affidavit of Continued Use:** Section 8 - Accepted

**Affidavit of Incontestability:** Section 15 - Accepted

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** TMO LAW OFFICE 114          **Date in Location:** Mar. 19, 2012