# Exhibit B





[Close
Window](#)