# Exhibit C

About Us | Catalog | My Account | Shopping Carts

**Login** | **Register**

Product Search

Home > Misc. Tools - All Others

- General Merchandise (JMK Brand)
- Air Tools & Accessories
- Automotive
- Axes & Blades
- Brushes
- Chisels
- Clamps
- Cutters, Bits & Drills
- Electrical & Lighting
- Files
- Garden Tools
- Grinders
- Hammers
- Hoists & Hydraulic
- Knifes & Cutters
- Machinery & Equipment
- Padlocks
- Pliers
- Hardware & Rope
- Pry Bars & Pullers
- Ratchet Extensions
- Saws
- Screwdrivers & Bits
- Socket Sets
- Straps & Tie Downs
- Tapes & Measuring Devices
- Tarps
- Vises
- Welding
- Wheels & Abrasives
- Wrenches
- Misc. Tools - All Others

**90450 - 5PC COMFORT GRIP SCISSORS**



View Larger Image

Add to Cart

Master Case: 36

| | |
|---|---|
| Product Code: | 90450 |
| UPC Code: | 039593904501 |
| UOM : | 12/EA |
| Case Weight : | |
| Case Size (WxHxD) : | |
| Unit Weight : | |
| Unit Size (WxHxD) : | |
| Pallet Qty : | 0 |
| Availability: | **In Stock** |

**Shopping Cart**

Cart ID: 46672
Description:
Cases: 0
Weight: 0

View Cart

Copyright 2014 Illinois Industrial Tool, Inc. All rights reserved.



[Close
Window](#)