# Exhibit D



```
            WELCOME TO
     GOODW...      INDUSTRIES
          ...    SPRINGS DR.
           ...  ..., WISCONSIN
                 ...8-246-3147
     NEW GOODS              $1.99 T

     BALANCE DUE             $2.10
     CASH                    $2.10
     CHANGE                  $0.00

     SUB TOTAL               $1.99
     TOTAL TAX               $0.11
     TOTAL                   $2.10


CASHIER NAME: KELLY
C0311    #0075    11:40:34    1NOV2013
            S00300    R002

        THANK YOU FOR SUPPORTING
          GOODWILL INDUSTRIES!
```



